leave to defendant, appellant, to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

FRANK HARDART, Respondent, v. 500 WEST FOURTEENTH STREET REALTY CORPORATION and Others, Defendants, Impleaded with CONRON BROS. COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of Supplementary Proceedings: BENJAMIN W. ROSENBLUM v. SAUL MARMUR, Impleaded with SOLOMON MUNVES.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK HARDART v. 500 WEST FOURTEENTH STREET REALTY CORPORATION and Others, Impleaded with CONRON BROS. COMPANY.— Motion granted. Present Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOHN BARABELL v. NANCY E. HATCH.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed record on appeal to be served on or before November 20, 1930, and proceed thereafter promptly to prosecute the appeal. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

IRMON REALTY CO., INC., v. MAURICE LEFKORT and Another, Impleaded, etc. — Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LOUIS.— Motion granted and appellant's time within which to serve and file appellant's points on appeal extended to and including November 20, 1930, with notice of argument for December 9, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

EUGENE NOLAN, SR., as Administrator, etc., of EUGENE NOLAN, JR., Deceased, v. YELLOW TAXI CORPORATION.— Preference granted for November 12, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of RICHARD L. WALKER and Others for the Payment and Award for the Taking of Damage Parcel No. 8 in a Certain Proceeding for the Acquiring Title by the City of New York to Certain Premises Situated on Vyse and Bryant Avenues South of East Tremont Avenue Adjoining Premises of Public School 6 in the Borough of The Bronx, City of New York, Duly Selected as Site for School Purposes According to Law.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY D. WATTERSON.— Motion granted and appellant's time within which to serve and file the record on appeal and appellant's points extended to and including November 20, 1930, with notice of argument for December 10, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH E. COHEN, Appellant, v. JOHN ZANFT, Respondent, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE CORPORATION OF THE CHAMBER OF COMMERCE OF THE STATE OF NEW YORK, Respondent, v. NEW YORK CITY CHAMBER OF COMMERCE, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present